UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 18-CR-30009-FDS |
| v. | ) |
| | ) |
| LORENZO DECONINCK, | ) |
| | ) |
| Defendant. | ) |

GOVERNMENT'S MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all that apply):

\_\_\_\_\_ Crime of violence under 18 U.S.C. § 3156 (18 U.S.C. § 3142(f)(1)(A))

\_\_\_\_\_ Maximum sentence life imprisonment or death (18 U.S.C. § 3142(f)(1)(B))

\_\_X\_\_ 10 plus years drug offense (18 U.S.C. § 3142(f)(1)(C))

\_\_\_\_\_ Felony, with two prior convictions in above categories (18 U.S.C. § 3142(f)(1)(D))

\_\_\_\_\_ Felony involving minor victim, possession or use of a firearm, or failure to register as a sex offender (18 U.S.C. § 3142(f)(1)(E))

\_\_X\_\_ Serious risk defendant will flee (18 U.S.C. § 3142(e)(1))

\_\_X\_\_ Serious risk of obstruction of justice (18 U.S.C. § 3142(e)(1))

2. <u>Reason for Detention</u>.  The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

__X__   Defendant's appearance as required

__X__   Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.  The United States will invoke a rebuttable presumption that there are no conditions or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of another person and the community pursuant to 18 U.S.C. § 3142(e)(3)(A).

4. <u>Time for Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

_____   At first appearance

__X__   After continuance of __3__ days (not more than 3)

5. <u>Witnesses</u>.  The United States intends to call the following witnesses:  The United States intends to rely on a proffer of the evidence supporting the above-captioned indictment and a summary of the Defendant's criminal history.

>Respectfully submitted,
>
>*/s/ Katharine A. Wagner*_____
>KATHARINE A. WAGNER
>Assistant United States Attorney

DATED: March 21, 2018

**<u>Certificate of Service</u>**

March 21, 2018

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

         By: <u>*/s/ Katharine A. Wagner*</u>
            KATHARINE A. WAGNER
            Assistant United States Attorney