

**U.S. Department of Justice**

**Andrew E. Lelling**
*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*

*U.S. Courthouse*
*300 State Street*
*Suite 230*
*Springfield, Massachusetts 01105*

April 30, 2018

## INITIAL DISCOVERY LETTER

Joan M. Williams, Esq.
75 Market Place, Suite 366
Springfield, MA 01103

**BY FEDEX**

      Re:    United States v. Lorenzo Deconinck
              <u>Case No. 18-cr-30009-FDS</u>

Dear Counsel:

      This letter confirms that you have received, as discovery in this case, nine disks labeled Disk 1 through Disk 8, and one flash drive, containing the following materials:

- Title III intercepts, line sheets, and related toll records (Disks 1 through Disk 7);

- Photo Array Reports (Disk 8); and

- DEA Reports, 18 U.S.C. § 2703(d) applications and orders, pen register applications and orders, search warrant applications, Title III applications and supplemental filings, the contents of cellular phone ending in 0772 (Target Telephone 4), cooperating witness recorded interview and consent forms, surveillance photographs and visual recordings, photographs of DEA searches and select copies of documents recovered from those searches, draft translations of text and Whatsapp communications, California Highway Patrol reports, Massachusetts State Police forensic reports, DEA drug analyses, ATF reports, Westfield Police Department reports, and the defendant's criminal history (flashdrive).

The flashdrive is encrypted, and the password will be emailed to you on the above date. A discovery log will be provided in due course. In the meantime, the Bates prefixes provide a guide to the contents of the disclosed materials (e.g., Title III_ contains Title III applications and

supporting documents, DEA_ contains DEA reports and surveillance, 0772PHONE_ contains the contents of that cellular phone, etc.).

Please note that there are additional materials obtained from the defendant on March 21, 2018, which the government intends to produce as soon as the files can be made easily readable. Unfortunately, there were technical difficulties in converting the files and our office's Litigation Technology department is currently converting the files to a viewable format.

Please call the undersigned Assistant U.S. Attorney at (413) 785-0111 if you have any questions.

Very truly yours,

ANDREW E. LELLING
United States Attorney


By:    */s/ Katharine A. Wagner*
        Katharine A. Wagner
        Assistant U.S. Attorney


Enclosures: 8 disks, 1 flashdrive

cc:    Melissa Calderon
       Clerk to the Honorable Katherine A. Robertson, U.S. Magistrate Judge
       (w/o enclosures)

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By: */s/ Katharine A. Wagner*
Katharine A. Wagner
Assistant U.S. Attorney

Dated: August 2, 2018