

U.S. Department of Justice

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*  *U.S. Courthouse*
*300 State Street*
*Suite 230*
*Springfield, Massachusetts 01105*

May 29, 2018

**SUPPLEMENTAL DISCOVERY LETTER**

Joan M. Williams, Esq.
75 Market Place, Suite 366
Springfield, MA 01103

**BY FEDEX**

    Re:    United States v. Lorenzo Deconinck
              Case No. 18-cr-30009-FDS

Dear Counsel:

This letter confirms that you have received, as discovery in this case, one labeled Disk 9, and one flash drive, containing materials relating to the arrest of the defendant on March 21, 2018. This disk is not encrypted. Please call the undersigned Assistant U.S. Attorney at (413) 785-0111 if you have any questions or any difficulty accessing the files on the disk.

                      Very truly yours,

                      ANDREW E. LELLING
                      United States Attorney

        By:    */s/ Katharine A. Wagner*
                      Katharine A. Wagner
                      Assistant U.S. Attorney

Enclosures: Disk 9

cc:    Melissa Calderon
        Clerk to the Honorable Katherine A. Robertson, U.S. Magistrate Judge
        (w/o enclosures)

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By: */s/ Katharine A. Wagner*
Katharine A. Wagner
Assistant U.S. Attorney

Dated: August 2, 2018