

U.S. Department of Justice

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*

*U.S. Courthouse*
*300 State Street*
*Suite 230*
*Springfield, Massachusetts 01105*

August 1, 2018

**SUPPLEMENTAL DISCOVERY LETTER**

Joan M. Williams, Esq.
75 Market Place, Suite 366
Springfield, MA 01103

**BY FEDEX**

    Re:    United States v. Lorenzo Deconinck
               Case No. 18-cr-30009-FDS

Dear Counsel:

    This letter confirms that you have received, as discovery in this case, one disk labeled Disk 11, which contains additional cellular phone geolocation information (SPRINT_0006746 to SPRINT_0008704), a plea agreement in a related case (USAO_0000004 to USAO_0000013), and documents from the Hampden County Sheriff's Office and search materials inadvertently left out of the April 30, 2018 production. A discovery log dated August 1, 2018 is also enclosed with the new items highlighted in yellow. Please call the undersigned Assistant U.S. Attorney at (413) 785-0111 if you have any questions or any difficulty accessing the files.

                                                  Very truly yours,

                                                  ANDREW E. LELLING
                                                  United States Attorney

                                  By:    */s/ Katharine A. Wagner*
                                                  Katharine A. Wagner
                                                  Assistant U.S. Attorney

Enclosures: Discovery Log Dated 8/1/2018; Disk 11

cc:      Melissa Calderon, Clerk to the Honorable Katherine A. Robertson, U.S. Magistrate Judge
           (w/o enclosures)

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                          By: */s/ Katharine A. Wagner*
                                          Katharine A. Wagner
                                          Assistant U.S. Attorney

Dated: August 2, 2018