

U.S. Department of Justice

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*    *U.S. Courthouse*
*300 State Street*
*Suite 230*
*Springfield, Massachusetts 01105*

August 2, 2018

**SUPPLEMENTAL DISCOVERY LETTER**

Joan M. Williams, Esq.
75 Market Place, Suite 366
Springfield, MA 01103

     Re:    United States v. Lorenzo Deconinck
              Case No. 18-cr-30009-FDS

**BY HAND**

Dear Counsel:

     This letter confirms that you have received, as discovery in this case, one disk labeled Disk 12, which contains confidential materials produced pursuant to the executed Confidentiality Agreement enclosed herein. The following materials, all covered by the Confidentiality Agreement, are enclosed:

| | |
|---|---|
| ■_0000010 | ■_0000015 |
| ■_0000016 | ■_0000017 |
| ■_0000018 | ■_0000022 |
| CW_0000001 | CW_0000001 |
| CW_0000002 | CW_0000003 |
| CW_0000004 | CW_0000008 |
| CW_0000009 | CW_0000010 |
| CW_0000011 | CW_0000011 |
| CW_0000012 | CW_0000015 |
| CW_0000016 | CW_0000018 |
| CW_0000019 | CW_0000020 |
| CW_0000021 | CW_0000023 |
| CW_0000024 | CW_0000024 |
| CW_0000025 | CW_0000027 |
| CW_0000028 | CW_0000031 |

| | |
|---|---|
| CW_0000032 | CW_0000032 |
| CW_0000033 | CW_0000036 |
| CW_0000037 | CW_0000038 |
| CW_0000039 | CW_0000039 |
| CW_0000040 | CW_0000041 |
| DEA_0000806 | DEA_0000811 |
| USAO_0000001 | USAO_0000001 |
| USAO_0000002 | USAO_0000003 |
| USAO_0000014 | USAO_0000019 |
| USAO_0000020 | USAO_0000021 |
| USAO_0000022 | USAO_0000023 |
| USAO_0000024 | USAO_0000025 |
| USAO_0000026 | USAO_0000027 |

A discovery log dated August 2, 2018 is also enclosed with the new items highlighted in <u>orange</u>. Please call the undersigned Assistant U.S. Attorney at (413) 785-0111 if you have any questions or any difficulty accessing the files.

        Very truly yours,

        ANDREW E. LELLING
        United States Attorney

By:    */s/ Katharine A. Wagner*
       Katharine A. Wagner
       Assistant U.S. Attorney

Enclosures: Executed Confidentiality Agreement; Discovery Log Dated 8/2/2018; Disk 12

cc:    Melissa Calderon, Clerk to the Honorable Katherine A. Robertson, U.S. Magistrate Judge (w/o enclosures)

**Certificate of Service**

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                 By: */s/ Katharine A. Wagner*
                                                     Katharine A. Wagner
                                                     Assistant U.S. Attorney

Dated: August 2, 2018