UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LORENZO DECONINCK, and | ) | Crim. No. 18-30009-FDS |
| JUAN RAMOS, | ) | |
| a/k/a "Jose," | ) | |
| a/k/a "Gordo," | ) | |
| | ) | |
| DEFENDANTS. | ) | |

### RENEWED MOTION TO FILE THE GOVERNMENT'S
### LETTER REGARDING UNINDICTED CO-CONSPIRATORS UNDER SEAL

The United States of America, by and through Andrew E. Lelling, United States Attorney for the District of Massachusetts, and Katharine A. Wagner, Assistant United States Attorney, hereby moves to file under seal the government's letter dated June 22, 2018 providing the defendants with the identities of unindicted co-conspirators pursuant to Local Rule 116.1(C)(1)(e). Sealing is warranted because the government's letter names unindicted co-conspirators who (1) may not know that they are under investigation by the government and (2) disclosure of unindicted co-conspirators to the public is unnecessary at this time and will needlessly publicize the status of individuals not currently before the Court.

Undersigned counsel sent an email to counsel for the above-listed defendants on the morning of August 3, 2018 seeking concurrence with this motion but has received no response to date.

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By:   */s/ Katharine A. Wagner*
    KATHARINE A. WAGNER
    Assistant United States Attorney

Submitted: August 8, 2018

CERTIFICATE OF SERVICE

Hampden, ss.  Springfield, Massachusetts
August 8, 2018

    I, Katharine A. Wagner, Assistant U.S. Attorney, hereby certify that the foregoing was sent electronically to counsel for the defendants via ECF.

*/s/ Katharine A. Wagner*
KATHARINE A. WAGNER
Assistant United States Attorney