

U.S. Department of Justice

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

Main Reception: *(413) 785-0235*

*U.S. Courthouse*
*300 State Street*
*Suite 230*
*Springfield, Massachusetts 01105*

September 17, 2019

**SUPPLEMENTAL DISCOVERY LETTER**

Joan M. Williams, Esq.
75 Market Place, Suite 366
Springfield, MA 01103

**BY EMAIL**

    Re:    United States v. Lorenzo Deconinck
             Case No. 18-cr-30009-FDS

Dear Counsel:

    This letter confirms that you have received, as discovery in this case, one PDF (█████_0000163.pdf), which was PRODUCED PURSUANT TO THE CONFIDENTIALITY AGREEMENT signed August 2, 2018. Please call the undersigned Assistant U.S. Attorney at (413) 785-0111 if you have any questions or any difficulty accessing the files.

                        Very truly yours,

                        ANDREW E. LELLING
                        United States Attorney

        By:    */s/ Katharine A. Wagner*
                        Katharine A. Wagner
                        Assistant U.S. Attorney

Enclosure: █████_0000163.pdf

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By: */s/ Katharine A. Wagner*
Katharine A. Wagner
Assistant U.S. Attorney

Dated: September 17, 2019