UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 18-CR-30009-FDS |
| LORENZO DECONINCK | |

<u>DEFENDANT'S UNOPPOSED MOTION TO TRAVEL WITH HIS MINOR CHILDREN</u>

The Defendant, by and through his attorney, Joan Williams, respectfully moves this Honorable Court to amend the Defendant's pretrial release conditions. Specifically, the Defendant requests that he be allowed to travel from Vermont to Florida with his two minor children during their school vacation in April. The defendant seeks permission to travel between April 14, 2020 and April 30, 2020. He and his minor children would be flying from Bradley International Airport in Hartford, CT to Tampa International Airport. The defendant and his minor children would be staying at the home of the children's grandparents. The address is 7532 Heather Walk Drive, Weekie Wachee, FL 34613 and 8234 Malvern Circle, Tamps, FL 33634.

Counsel has spoken with probation and they have no objection to the defendant's requested travel and AUSA Curley has indicated that she has no objection

so long as probation has no objection.  Probation has been supervising the defendant while he was once pretrial release and subsequent to his plea in October and he has had no violations.

The Defendant makes this request in order to promote the pro-social ends of family unity.

February 20, 2020

Respectfully Submitted,
Lorenzo deConinck
By Counsel
/s/ Joan Williams
Joan Williams
Attorney at Law
75 Market Place, Suite 366
Springfield, MA 01103
413-586-9500

Certificate of Service

I hereby certify that this document has been served in hand to the probation department and to AUSA Curley this date, February 20, 2020.

By: /s/ Joan Williams
Joan Williams
Attorney for Lorenzo deConinck